UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. MORALES, *et al.*,<br><br>　　　　Defendants. | No. 1:24-cv-01402-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>Doc. 8 |

　　　　Plaintiff Charles Ellis is a county jail inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 4, 2025, the assigned magistrate judge screened plaintiff's complaint and granted him leave to file a first amended complaint or a notice of voluntary dismissal within thirty days. Doc. 6. Plaintiff was warned that failure to comply with the order would result in dismissal of this action. *Id.* at 9. The screening order was served on plaintiff at his current address of record at the Lerdo Detention Facility in Bakersfield, California but was returned as "Undeliverable, Not in Custody" on April 30, 2025. *See* docket. Plaintiff's notice of change of address was therefore due within thirty days thereafter. L.R. 183(b). Plaintiff did not file a notice of change of address or otherwise communicate with the Court.

///

1

Accordingly, on June 9, 2025, the magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, based on plaintiff's failure to prosecute and failure to obey a court order. Doc. 8. Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* at 4. No objections have been filed, and the deadline to do so has passed.[1] Plaintiff has not updated his address or otherwise communicated with the Court.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations filed on June 9, 2025, Doc. 8, are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to obey a court order; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 1, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[1] The findings and recommendations were also returned as "Undeliverable, Return to Sender, Not Deliverable as Addressed, Unable to Forward" on June 20, 2025. *See* docket.